157 A.3d 852

NEW JERSEY CHINESE COMMUNITY CENTER AND JIMMY HWANG, PLAINTIFFS–PETITIONERS, v. WARREN TOWNSHIP CONSTRUCTION OFFICE, DEFENDANT–RESPONDENT.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004778–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.